

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
                                    ___ FILED        ___ RECEIVED
                                    ___ ENTERED      ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                         NOV - 8 2018

                                    CLERK US DISTRICT COURT
                                     DISTRICT OF NEVADA
                                BY:_____ DEPUTY
```

1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   BRIAN WHANG
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
4  Suite 1100
   Las Vegas, Nevada 89101
5  702-388-6336

6           UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
7                      -oOo-

8

9  UNITED STATES OF AMERICA,        )   2:18-CR-00319-APG-GWF
                                    )
10          Plaintiff,               )   **EX PARTE MOTION TO UNSEAL**
                                    )   **CASE**
11     vs.                          )
                                    )
12                                  )
                                    )
13 DANIEL BASOCO-VAZQUEZ            )
                                    )
14 _____

15     COMES NOW, the United States of America by and through DAYLE

16 ELIESON, United States Attorney, and BRIAN WHANG, Assistant United States

17 Attorney, and respectfully moves this Court to unseal the criminal case complaint in

18 the above-captioned matter.

19 ...

20 ...

21 ...

22

23

The defendant has made his initial appearance on October 17, 2018, and was indicted on October 10, 2018. Therefore the need to keep the complaint sealed has expired.

Dated this 8th day of November, 2018.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

BRIAN WHANG
Assistant United States Attorney

The Government's motion is hereby __granted__.

SO ORDERED:

_George Foley Jr._

United States Magistrate Judge

Dated: 11/09/2018

2